**COMMITMENT TO ANOTHER DISTRICT**
Rule 40 Federal Rules of Criminal Procedures

| UNITED STATES DISTRICT COURT | Eastern District of California |
|---|---|
| UNITED STATES OF AMERICA vs Alvaro Sanchez-Ortiz | Docket Number Magistrate Case Number 1:08mj00311 GSA |

FILED
DEC 30 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN

☐ INDICTMENT   ☐ INFORMATION   ☐ COMPLAINT   ☒ OTHER (SPECIFY) Violation Petition

CHARGING A VIOLATION OF:   U.S.C. § SECTION

DISTRICT OF OFFENSE: District of Arizona

DESCRIPTION OF CHARGES: Violation of Supervised Release

CURRENT BOND STATUS: __ Bail fixed at _____ and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
__ Government moved for detention and defendant detained pending detention hearing in District of Offense
__ Other (specify)

Representation: __ Retained Counsel  ☒ Federal Defender  __ CJA Attorney  __ None

Interpreter Required?  __ No  ☒ Yes   Language: Spanish

TO: THE UNITED STATES MARSHAL
You are hereby commanded to take custody of the above named defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for the District or to some other officer authorized to receive the defendant.

12-30-08
Date

GARY S. AUSTIN, United States Magistrate Judge

**RETURN**

THIS COMMITMENT WAS RECEIVED AND EXECUTED AS FOLLOWS:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) _____ DEPUTY MARSHAL |